# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-3093**                                          **September Term, 2023**

1:21-cr-00153-RBW-1

**Filed On:** July 24, 2024

United States of America,

       Appellee

   v.

Daniel Goodwyn,

       Appellant

    **BEFORE:**   Wilkins, Katsas, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay, which includes a request for an administrative stay, it is

**ORDERED** that the request for an administrative stay be denied. It is

**FURTHER ORDERED** that appellee file a response to the motion by Monday, July 29, 2024 at 4:00 p.m. Appellant may file a reply by Wednesday, July 31, 2024 at 4:00 p.m.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
          Selena R. Gancasz
          Deputy Clerk